| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 16-CV-00390 |
|---|---|---|---|
| | R.P. Small Corporation, et al. | | |
| | *versus* | | |
| | SM Energy Company | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lacey L. Shirley<br>R. Brent Blackstock, PLC<br>401 S. Boston, Suite 500<br>Tulsa, OK 74103<br>Oklahoma Bar No. 33269 |
|---|---|
| Name of party applicant seeks to appear for: | R.P. Small Corporation |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/26/2018 | Signed: /s/ Lacey Shirley |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge