United States District Court
Southern District of Texas
**ENTERED**
March 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 16-CV-00390 |
|---|---|---|---|

| R.P. Small Corporation, et al. |
|---|
| *versus* |
| SM Energy Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lacey L. Shirley<br>R. Brent Blackstock, PLC<br>401 S. Boston, Suite 500<br>Tulsa, OK 74103<br>Oklahoma Bar No. 33269 |
|---|---|

| Name of party applicant seeks to appear for: | R.P. Small Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/26/2018   Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 3/27/18   Clerk's signature: [signature]

**Order**

Dated: 3/27/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge